IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JAMES E. SHELTON,                )
                                 )
           Plaintiff,            )       7:10CV5002
                                 )
      v.                         )
                                 )
JAMSHID B. MIRZAMUKHAMEDOV,      )         ORDER
a resident of the State of       )
Pennsylvania, WORLD TRUCKING     )
EXPRESS, INC., an Illinois       )
corporation, and LINK AMERICA    )
CORPORATION, an Oklahoma         )
corporation,                     )
                                 )
           Defendants.           )
_____)
```

This matter is before the Court on the joint stipulation to set aside default (Filing No. 22). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The joint stipulation to set aside default is approved and adopted; defendants Jamshid B. Mirzamukhamedov and World Trucking Express, Inc., shall have until November 19, 2010, to answer or otherwise plead.

2) The clerk's default judgment (Filing No. 18) is set aside and plaintiff's motion for default judgment (Filing No. 19) is deemed withdrawn against Jamshid B. Mirzamukhamedov and World Trucking Express, Inc.

DATED this 26th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court