IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES E. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5002 |
| | ) | |
| V. | ) | |
| | ) | |
| WORLD TRUCKING EXPRESS, INC., an Illinois Corporation, LINK AMERICA CORPORATION, an Oklahoma Corporation, and JAMSHID B. MIRZAMUKHAMEDOV, a Resident of the State of Pennsylvania, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Maren Lynn Chaloupka and the law firm of Chaloupka, Holyoke, Snyder, Chaloupka, Longoria & Kishiyama, P.C., L.L.O.'s Amended Motion for Leave to Withdraw as Counsel for Plaintiff (filing 59). The Motion will be granted.

**IT IS ORDERED:**

1. The Amended Motion for Leave to Withdraw as Counsel for Plaintiff (filing 59) is granted.

2. The Clerk shall terminate the appearance of Maren Lynn Chaloupka and the law firm of Chaloupka, Holyoke, Snyder, Chaloupka, Longoria & Kishiyama, P.C., L.L.O. as Plaintiff's counsel.

3. The Clerk shall terminate future notices to Maren Lynn Chaloupka and the law firm of Chaloupka, Holyoke, Snyder, Chaloupka, Longoria & Kishiyama, P.C., L.L.O. in this matter.

4. This matter will be stayed until September 27, 2011, to provide Plaintiff time to obtain new counsel in this case. By or before September 27, 2011, Plaintiff shall have new counsel enter an appearance in this matter or, alternatively, advise the court that he wishes to proceed pro se.

5. Maren Lynn Chaloupka and the law firm of Chaloupka, Holyoke, Snyder, Chaloupka, Longoria & Kishiyama, P.C., L.L.O. shall provide a copy of this order to Plaintiff.

**DATED July 29, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**