IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES E. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | 7:10CV5002 |
| | ) | |
| V. | ) | |
| | ) | |
| WORLD TRUCKING EXPRESS, INC., an Illinois Corporation, LINK AMERICA CORPORATION, an Oklahoma Corporation, and JAMSHID B. MIRZAMUKHAMEDOV, a Resident of the State of Pennsylvania, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

On July 29, 2011, the court entered an order (filing 61) granting Plaintiff's counsel's motion for leave to withdraw (filing 59). The court's order stayed progression of this case until September 27, 2011, in order to provide Plaintiff time to obtain new counsel. As of today's date, Plaintiff has not obtained new counsel in this matter and, consequently, will now be deemed to be proceeding pro se.

Accordingly,

**IT IS ORDERED:**

1.  Plaintiff is deemed to be proceeding pro se in this case.

2.  The Clerk of Court shall place this case on the pro se docket pursuant to General Order 2007-13.

3.  The Clerk of Court shall mail a copy of this order to Plaintiff at 312 North Birch Street, Owasso, Oklahoma - the address listed for him in Maren L. Chaloupka's Notice of Attorney's Lien (filing 60).

**DATED October 3, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**